# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Austin Reid Pittman, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:22-cv-00164-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| Ronnie Lane Huneycutt, et al, | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 13, 2025 Order.

January 13, 2025

_Katherine Hord Simon_

Katherine Hord Simon, Clerk
United States District Court